OPINION — AG — ** RATE OF INTEREST — LEASE RENTAL CONTRACTS ** A RATE OF INTEREST IN EXCESS OF SIX PERCENT (6%) PER ANNUM MAY 'NOT' BE CHARGED ON LEASE RENTAL CONTRACTS ON ROAD MACHINERY OR EQUIPMENT ENTERED INTO BY THE COUNTIES. (COUNTY, CONTRACTS, EQUIPMENT) CITE: 14A O.S. 1-101 [14A-1-101], 62 O.S. 430.1 [62-430.1], OPINION NO. 69-231, OPINION NO. OCTOBER 16, 1954 — WHEELER, 15 O.S. 266 [15-266] (TODD MARKUM)